AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tucker, Petrese B | PA-Eastern District | 07/13/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination, Date   ☐ Initial  ☒ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Room 9613 U.S. Courthouse <br> 601 Market Street <br> Philadelphia, PA 19106-1751 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Avenue of the Arts, Inc. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2000 | PA State Retirement Plan |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | PA SERS State Employee Retirement System | $ 27,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Jan-Dec 06 | Commonwealth of PA - Common Pleas Court Judge - Salary |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. JTBF Conference | Cincinatti, Ohio 9/21-9/24/06, Conference Reimbursement for travel, lodging and meals |
| 2. NY Intellectual Property Lawyers Assoc | New York City, NY 3/24-3/25/06, Conference Reimbursement for travel, lodging and meals |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Farm Credit of the Virginias | Mortgage on land | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank - bank accounts | A | Interest | | | closed | 4/1 | | | |
| 2. Accounts receivable from clients of law practice | | None | K | W | | | | | |
| 3. TIGR Series 15 - 0% - 2/15/08 | B | O.I.D. | K | T | | | | | |
| 4. TIGR Series 12 - 0% - 5/15/08 | B | Interest | L | T | | | | | |
| 5. U.S. Treasury Strips - 0.0% - 5/15/10 | B | O.I.D. | K | T | | | | | |
| 6. TIGR Series 18 - 0% - 2/15/07 | C | O.I.D. | L | T | | | | | |
| 7. U.S. Treasury Strips - 0.0% - 5/15/09 | C | O.I.D. | L | T | | | | | |
| 8. U.S. Treasury Strips - 0.0% - 2/15/11 | B | O.I.D. | K | T | | | | | |
| 9. Resolution Trust Funding Corp Coupon Strips 0% - 1/15/12 | B | O.I.D | L | T | | | | | |
| 10. AIM Premier Equity Fund Cl B | | None | | | exchange | var | J | | |
| 11. AIM Charter Fund | A | Dividend | J | T | exchange | 4/13 | J | | |
| 12. Pittsburgh PA School Dist 0% Bonds - 8/1/06 | B | O.I.D. | | | sold | 8/1 | J | | |
| 13. Allentown School Dist 0% Bonds - 7/1/07 | B | O.I.D. | | | sold | 12/28 | J | A | |
| 14. Caterpillar Inc stock | A | Dividend | J | T | buy | 7/11 | J | | |
| 15. Isuzu Motors stock | | None | J | T | | | | | |
| 16. Resolution Trust Funding Corp Coupon Strips 0% - 4/15/13 | B | O.I.D. | L | T | | | | | |
| 17. TII Network Technologies - stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Bye Creek Farms Inc - stock | | None | J | W | | | | | |
| 19. Allete Inc - stock | | None | J | T | | | | | |
| 20. Exelon Corporations | A | Dividend | J | T | | | | | |
| 21. Merrill Lynch Retirement Reserves - money market accounts | A | Dividend | K | T | | | | | |
| 22. Branch Banking & Trust | B | Interest | L | T | | | | | |
| 23. Community National Bank | A | Interest | J | T | | | | | |
| 24. Land Halifax County, VA | | None | L | W | | | | | |
| 25. 3M Company | | None | J | T | buy | 11/22 | J | | |
| 26. | | | | | buy | 11/24 | J | | |
| 27. | | | | | buy | 11/27 | J | | |
| 28. | | | | | buy | 11/28 | J | | |
| 29. | | | | | buy | 11/29 | J | | |
| 30. | | | | | buy | 12/1 | J | | |
| 31. | | | | | buy | 12/8 | J | | |
| 32. | | | | | buy | 12/19 | J | | |
| 33. Abbott Labs | A | Dividend | J | T | partial sale | 3/2 | J | A | |
| 34. | | | | | partial sale | 3/9 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =S1,000 or less F =S50,001 - S100,000 | B =S1,001 - S2,500 G =S100,001 - S1,000,000 | C =S2,501 - S5,000 H1 =S1,000,001 - S5,000,000 | D =S5,001 - S15,000 H2 =More than S5,000,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =S15,000 or less N =S250,001 - S500,000 | K =S15,001 - S50,000 O =S500,001 - S1,000,000 | L =S50,001 - S100,000 P1 =S1,000,001 - S5,000,000 | M =S100,001 - S250,000 P2 =S5,000,001 - S25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =S25,000,001 - S50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than S50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Altria Group | A | Dividend | K | T | partial sale | 6/7 | J | B | |
| 36. | | | | | buy | 3/8 | J | | |
| 37. | | | | | buy | 9/27 | J | | |
| 38. | | | | | | | | | |
| 39.   Amerda Hess Corp | A | Dividend | J | T | Exchange | 5/10 | J | | |
| 40.   American Express Company | A | Dividend | J | T | | | | | |
| 41.   American International Group Inc | A | Dividend | J | T | partial sale | 04-07 | J | A | |
| 42.   Ameriprise Finl Inc | A | Dividend | J | T | | | | | |
| 43.   Annheuser Busch Cos Inc | A | Dividend | J | T | | | | | |
| 44.   Archer Daniels Midland | | None | J | T | buy | 11/8 | J | | |
| 45. | | | | | partial sale | 11/9 | J | A | |
| 46. | | | | | buy | 11/20 | J | | |
| 47. | | | | | partial sale | 12/1 | J | A | |
| 48.   Automatic Data Proc | A | Dividend | J | T | buy | 9/25 | J | | |
| 49. | | | | | buy | 9/26 | J | | |
| 50. | | | | | buy | 9/27 | J | | |
| 51. | | | | | buy | 2/27 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | buy | 12/15 | J | | |
| 53. | | | | | partial sale | 11/2 | J | A | |
| 54. | | | | | partial sale | 11/3 | J | A | |
| 55. | | | | | partial sale | 11/6 | J | A | |
| 56. Bank of America Corp | A | Dividend | K | T | buy | 1/12 | J | | |
| 57. | | | | | buy | 10/20 | J | | |
| 58. | | | | | partial sale | 12/8 | J | A | |
| 59. Barclays PLC | A | Dividend | J | T | partial sale | 1/23 | J | A | |
| 60. Bemis Co Inc | A | Dividend | | | sold | 5/23 | J | B | |
| 61. BP PLC | A | Dividend | J | T | buy | 9/20 | J | | |
| 62. | | | | | partial sale | 6/7 | J | A | |
| 63. | | | | | partial sale | 10/12 | J | A | |
| 64. | | | | | partial sale | 1/4 | J | A | |
| 65. | | | | | partial sale | 1/25 | J | A | |
| 66. | | | | | partial sale | 2/8 | J | A | |
| 67. | | | | | partial sale | 1/18 | J | A | |
| 68. Cadbury Schweppes ADR | A | Dividend | J | T | partial sale | 1/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Canon Inc ADR Rep5Sh | A | Dividend | J | T | partial sale | 2/1 | J | A | |
| 70. | | | | | buy | 8/31 | J | | |
| 71. Certegy Inc | A | Dividend | | | sold | 1/12 | J | B | |
| 72. Chevron Texaco Corp | A | Dividend | J | T | buy | 12/20 | J | | |
| 73. | | | | | buy | 12/21 | J | | |
| 74. | | | | | buy | 12/22 | J | | |
| 75. | | | | | buy | 5/23 | J | | |
| 76. | | | | | partial sale | 7/10 | J | A | |
| 77. | | | | | partial sale | 11/14 | J | A | |
| 78. | | | | | partial sale | 11/15 | J | A | |
| 79. | | | | | partial sale | 11/16 | J | A | |
| 80. | | | | | partial sale | 11/22 | J | A | |
| 81. | | | | | partial sale | 11/24 | J | A | |
| 82. | | | | | partial sale | 11/27 | J | A | |
| 83. | | | | | partial sale | 11/29 | J | A | |
| 84. | | | | | partial sale | 9/11 | J | A | |
| 85. | | | | | buy | 1/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Cathay General Bancorp | A | Dividend | | | sold | 5/23 | J | A | |
| 87. CD Fremont Investment and Loan Feb 2006 3.65% | A | Interest | | | partial sale | 1/5 | L | | |
| 88. | | | | | sold | 2/1 | L | | |
| 89. CD Medallion Bank Feb 2006 3.65% | A | Interest | | | sold | 2/1 | J | | |
| 90. Cigna Corp | A | Dividend | | | sold | 8/11 | J | | |
| 91. | | | | | buy | 5/23 | J | | |
| 92. | | | | | partial sale | 7/7 | J | | |
| 93. | | | | | partial sale | 7/10 | J | | |
| 94. | | | | | partial sale | 7/13 | J | | |
| 95. Cinn Financial Corp Ohio | A | Dividend | | | sold | 5/23 | J | B | |
| 96. Cisco Systems Inc. | | None | J | T | buy | 7/14 | J | | |
| 97. | | | | | buy | 8/3 | J | | |
| 98. | | | | | partial sale | 7/7 | J | A | |
| 99. | | | | | partial sale | 7/10 | J | A | |
| 100. | | | | | partial sale | 7/13 | J | A | |
| 101. | | | | | partial sale | 8/11 | J | A | |
| 102. | | | | | partial sale | 5/23 | J | A | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
(See Column C2)  Q =Appraisal  V =Other  S =Assessment
  U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Citigroup Inc | A | Dividend | J | T | buy | 5/23 | J | | |
| 104. | | | | | buy | 10/23 | J | | |
| 105. | | | | | buy | 11/14 | J | | |
| 106. | | | | | buy | 11/22 | J | | |
| 107. | | | | | partial sale | 1/18 | J | A | |
| 108. | | | | | partial sale | 3/30 | J | A | |
| 109. | | | | | buy | 1/18 | J | | |
| 110. | | | | | partial sale | 5/11 | J | A | |
| 111. | | | | | partial sale | 7/19 | J | A | |
| 112. Coca Cola Com | A | Dividend | J | T | buy | 6/15 | J | | |
| 113. | | | | | buy | 6/16 | J | | |
| 114. | | | | | buy | 7/10 | J | | |
| 115. | | | | | buy | 7/17 | J | | |
| 116. | | | | | buy | 8/21 | J | | |
| 117. | | | | | buy | 8/22 | J | | |
| 118. | | | | | buy | 8/23 | J | | |
| 119. | | | | | buy | 8/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | buy | 8/25 | J | | |
| 121. | | | | | buy | 9/19 | J | | |
| 122. | | | | | buy | 9/22 | J | | |
| 123. | | | | | partial sale | 10/25 | J | A | |
| 124. | | | | | partial sale | 10/25 | J | A | |
| 125. | | | | | partial sale | 1027 | J | A | |
| 126. Colgate Palmolive | A | Dividend | | | sold | 6/26 | J | A | |
| 127. | | | | | buy | 5/23 | J | | |
| 128. | | | | | partial sale | 6/26 | J | | |
| 129. | | | | | partial sale | 6/27 | J | | |
| 130. | | | | | partial sale | 6/28 | J | | |
| 131. | | | | | partial sale | 7/6 | J | | |
| 132. | | | | | partial sale | 7/27 | J | | |
| 133. | | | | | partial sale | 7/28 | J | | |
| 134. | | | | | partial sale | 8/3 | J | | |
| 135. Comcast Corp New Cl A | | None | J | T | buy | 7/27 | J | | |
| 136. | | | | | buy | 7/28 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | buy | 8/1 | J | | |
| 138. | | | | | buy | 8/4 | J | | |
| 139. | | | | | buy | 8/7 | J | | |
| 140. | | | | | buy | 8/9 | J | | |
| 141. | | | | | buy | 8/17 | J | | |
| 142. Conoco Phillips | A | Dividend | J | T | buy | 9/19 | J | | |
| 143. | | | | | buy | 9/20 | J | | |
| 144. | | | | | partial sale | 9/25 | J | | |
| 145. | | | | | partial sale | 11/30 | J | | |
| 146. | | | | | partial sale | 5/4 | J | A | |
| 147. | | | | | partial sale | 7/19 | J | A | |
| 148. | | | | | buy | 1/12 | J | | |
| 149. Credit Suisse GP ADR | A | Dividend | J | T | | | | | |
| 150. Diageo PLC SPSD ADR | A | Dividend | J | T | buy | 1/25 | J | | |
| 151. | | | | | buy | 11/1 | J | | |
| 152. | | | | | partial sale | 9/13 | J | A | |
| 153. | | | | | partial sale | 6/1 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =S1,000 or less | B =S1,001 - S2,500 | C =S2,501 - S5,000 | D =S5,001 - S15,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| | F =S50,001 - S100,000 | G =S100,001 - S1,000,000 | H1 =S1,000,001 - S5,000,000 | H2 =More than S5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =S15,000 or less | K =S15,001 - S50,000 | L =S50,001 - S100,000 | M =S100,001 - S250,000 | |
| | N =S250,001 - S500,000 | O =S500,001 - S1,000,000 | P1 =S1,000,001 - S5,000,000 | P2 =S5,000,001 - S25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =S25,000,001 - S50,000,000 | R =Cost (Real Estate Only) | P4 =More than S50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Dow Chemical PV2 | A | Dividend | | | sold | 10/4 | J | A | |
| 155.  Eaton Vance Corp NVT | A | Dividend | | | sold | 5/23 | J | C | |
| 156.  Emerson Electric Co | A | Dividend | J | T | | | | | |
| 157.  ENI S P A Sponsored ADR | A | Dividend | J | T | partial sale | 9/12 | J | A | |
| 158.  Equifax Inc | A | Dividend | | | sold | 5/23 | J | B | |
| 159.  Equitable Res Inc | A | Dividend | | | sold | 5/23 | J | C | |
| 160.  Exxon Mobil | A | Dividend | K | T | buy | 5/26 | J | | |
| 161. | | | | | buy | 6/27 | J | | |
| 162. | | | | | buy | 9/20 | J | | |
| 163. | | | | | buy | 9/22 | J | | |
| 164. | | | | | partial sale | 7/3 | J | A | |
| 165. | | | | | partial sale | 7/24 | J | A | |
| 166. | | | | | partial sale | 9/25 | J | A | |
| 167. | | | | | buy | 2/8 | J | | |
| 168. | | | | | buy | 3/2 | J | | |
| 169. | | | | | buy | 3/16 | J | | |
| 170. | | | | | buy | 4/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | buy | 8/2 | J | | |
| 172. Fannie Mae (US) Com NPV | A | Dividend | J | T | buy | 6/1 | J | | |
| 173. | | | | | buy | 6/7 | J | | |
| 174. | | | | | buy | 12/20 | J | | |
| 175. | | | | | partial sale | 1/18 | J | | |
| 176. | | | | | partial sale | 8/30 | J | | |
| 177. | | | | | partial sale | 10/11 | J | | |
| 178. First Data Corporation | A | Dividend | J | T | buy | 10/9 | J | | |
| 179. | | | | | buy | 12/21 | J | | |
| 180. | | | | | partial sale | 5/12 | J | A | |
| 181. Freddie Mac | | None | | | sold | 6/26 | J | A | |
| 182. Gallagher, Arthur & Co | A | Dividend | | | sold | 5/23 | J | | |
| 183. General Electric | A | Dividend | K | T | buy | 9/20 | J | | |
| 184. | | | | | buy | 5/23 | J | | |
| 185. | | | | | buy | 5/26 | J | | |
| 186. | | | | | buy | 5/31 | J | | |
| 187. GlaxoSmithKline PLC ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Golden West Fin CP Del | A | Dividend | | | sold | 5/8 | J | A | |
| 189. Goldman Sachs Group Inc | A | Dividend | J | T | partial sale | 6/22 | J | A | |
| 190. | | | | | partial sale | 6/27 | J | A | |
| 191. | | | | | buy | 5/23 | J | | |
| 192. | | | | | partial sale | 9/12 | J | A | |
| 193. | | | | | partial sale | 4/7 | J | A | |
| 194. | | | | | partial sale | 10/18 | J | A | |
| 195. | | | | | partial sale | 11/1 | J | A | |
| 196. | | | | | partial sale | 11/2 | J | A | |
| 197. | | | | | buy | 8/30 | J | | |
| 198. Graco Inc | A | Dividend | | | partial sale | 5/15 | J | C | |
| 199. | | | | | sold | 5/23 | J | B | |
| 200. Halliburton Company | A | Dividend | J | T | buy | 5/23 | J | | |
| 201. | | | | | partial sale | 6/29 | J | | |
| 202. | | | | | partial sale | 7/14 | J | | |
| 203. | | | | | partial sale | 7/27 | J | | |
| 204. | | | | | partial sale | 7/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | buy | 7/11 | J | | |
| 206. | | | | | buy | 9/20 | J | | |
| 207. Hartford Financial Services Inc | A | Dividend | J | T | buy | 1/23 | J | | |
| 208. | | | | | partial sale | 4/12 | J | A | |
| 209. | | | | | partial sale | 6/22 | J | A | |
| 210. | | | | | buy | 5/23 | J | | |
| 211. | | | | | buy | 5/23 | J | | |
| 212. | | | | | partial sale | 9/22 | J | | |
| 213. | | | | | partial sale | 9/26 | J | | |
| 214. | | | | | partial sale | 9/27 | J | | |
| 215. | | | | | partial sale | 9/28 | J | | |
| 216. Heineken NV ADR | A | Dividend | J | T | stock div | 3/15 | | | |
| 217. Home Depot Inc | A | Dividend | J | T | buy | 7/25 | J | | |
| 218. | | | | | buy | 8/3 | J | | |
| 219. | | | | | buy | 8/8 | J | | |
| 220. | | | | | buy | 8/10 | J | | |
| 221. | | | | | buy | 8/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | buy | 11/7 | J | | |
| 223. | | | | | buy | 11/13 | J | | |
| 224. | | | | | buy | 11/14 | J | | |
| 225. | | | | | buy | 11/16 | J | | |
| 226. | | | | | buy | 3/8 | J | | |
| 227. | | | | | buy | 3/16 | J | | |
| 228. | | | | | partial sale | 6/28 | J | | |
| 229. | | | | | partial sale | 7/27 | J | | |
| 230. | | | | | partial sale | 8/2 | J | A | |
| 231. Honeywell Intl Inc Del | A | Dividend | J | T | buy | 8/24 | J | | |
| 232. | | | | | buy | 9/20 | J | | |
| 233. | | | | | buy | 9/22 | J | | |
| 234. Hoya Corp | A | Dividend | J | T | | | | | |
| 235. HSBC Hldg PLC Sp ADR | A | Dividend | J | T | partial sale | 3/10 | J | A | |
| 236. Illinois Tool Works Inc | A | Dividend | | | partial sale | 3/10 | J | A | |
| 237. | | | | | stock div | 6/1 | J | | |
| 238. | | | | | sold | 6/21 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. International Business Machines | | None | | | buy | 9/8 | J | | |
| 240. | | | | | buy | 9/20 | J | | |
| 241. | | | | | buy | 10/12 | J | | |
| 242. | | | | | sold | 10/16 | J | A | |
| 243. Intel Corp | A | Dividend | J | T | buy | 6/9 | J | | |
| 244. | | | | | buy | 10/19 | J | | |
| 245. | | | | | buy | 10/23 | J | | |
| 246. | | | | | buy | 10/25 | J | | |
| 247. | | | | | buy | 10-27 | J | | |
| 248. | | | | | buy | 11-3 | J | | |
| 249. | | | | | partial sale | 6-15 | J | | |
| 250. | | | | | partial sale | 12-6 | J | | |
| 251. | | | | | partial sale | 12-7 | J | | |
| 252. | | | | | partial sale | 12/8 | J | | |
| 253. | | | | | partial sale | 12/11 | J | | |
| 254. | | | | | buy | 1/25 | J | | |
| 255. | | | | | buy | 9/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | partial sale | 6/29 | J | A | |
| 257. International Paper Co | A | Dividend | | | sold | 5/12 | J | | |
| 258. Jackson Hewitt Tax Services Inc | A | Dividend | | | partial sale | 5/23 | J | A | |
| 259. | | | | | sold | 8/30 | J | A | |
| 260. Johnson & Johnson | A | Dividend | K | T | buy | 1/18 | J | | |
| 261. | | | | | buy | 5/4 | J | | |
| 262. | | | | | buy | 6/25 | J | | |
| 263. | | | | | buy | 9/27 | J | | |
| 264. | | | | | buy | 10/3 | J | | |
| 265. | | | | | partial sale | 10/12 | J | A | |
| 266. | | | | | partial sale | 10/19 | J | A | |
| 267. JP Morgan Chase & Co | A | Dividend | J | T | buy | 5/23 | J | | |
| 268. | | | | | buy | 6/1 | J | | |
| 269. | | | | | partial sale | 7/24 | J | A | |
| 270. | | | | | partial sale | 7/25 | J | A | |
| 271. | | | | | partial sale | 7/26 | J | A | |
| 272. | | | | | partial sale | 7/27 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | partial sale | 7/28 | J | A | |
| 274. | | | | | partial sale | 8/1 | J | A | |
| 275. | | | | | partial sale | 8/2 | J | A | |
| 276. | | | | | partial sale | 8/3 | J | A | |
| 277. | | | | | buy | 1/25 | J | | |
| 278. | | | | | buy | 10/27 | J | | |
| 279. | | | | | buy | 11/15 | J | | |
| 280. | | | | | buy | 11/16 | J | | |
| 281. | | | | | buy | 11/17 | J | | |
| 282. | | | | | buy | 11/20 | J | | |
| 283. | | | | | buy | 11/27 | J | | |
| 284. | | | | | buy | 11/29 | J | | |
| 285. | | | | | partial sale | 2/28 | J | A | |
| 286. KAO Corp ADR | | None | | | sold | 3/27 | J | A | |
| 287. Kellogg Company PV | A | Dividend | | | partial sale | 7/20 | J | A | |
| 288. | | | | | partial sale | 11/2 | J | A | |
| 289. | | | | | sold | 11/9 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  Kimberly Clark | A | Dividend | J | T | partial sale | 1/18 | J | A | |
| 291. | | | | | partial sale | 1/25 | J | A | |
| 292. | | | | | buy | 5/23 | J | | |
| 293. | | | | | buy | 9/15 | J | | |
| 294. | | | | | buy | 9/22 | J | | |
| 295.  Kraft Foods Inc | | None | | | sold | 5/2 | J | A | |
| 296.  Lauder, Estee Cos Inc | A | Dividend | J | T | | | | | |
| 297.  Lilly, Eli Co | A | Dividend | J | T | partial sale | 11/21 | J | | |
| 298.  Lehman Brothers HLDGS Com | A | Dividend | J | T | buy | 10/2 | J | | |
| 299. | | | | | buy | 11/6 | J | | |
| 300. | | | | | buy | 11/9 | J | | |
| 301. | | | | | buy | 11/10 | J | | |
| 302. | | | | | stock div | 6/15 | J | | |
| 303. | | | | | partial sale | 8/24 | J | A | |
| 304. | | | | | partial sale | 10/3 | J | A | |
| 305. | | | | | partial sale | 10/4 | J | A | |
| 306. | | | | | partial sale | 10/5 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =S1,000 or less F =S50,001 - S100,000 | B =S1,001 - S2,500 G =S100,001 - S1,000,000 | C =S2,501 - S5,000 H1 =S1,000,001 - S5,000,000 | D =S5,001 - S15,000 H2 =More than S5,000,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =S15,000 or less N =S250,001 - S500,000 | K =S15,001 - S50,000 O =S500,001 - S1,000,000 | L =S50,001 - S100,000 P1 =S1,000,001 - S5,000,000 | M =S100,001 - S250,000 P2 =S5,000,001 - S25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =S25,000,001 - S50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than S50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | partial sale | 10/17 | J | A | |
| 308. | | | | | partial sale | 10/18 | J | A | |
| 309. | | | | | partial sale | 10/19 | J | A | |
| 310. | | | | | partial sale | 10/23 | J | A | |
| 311. | | | | | partial sale | 10/31 | J | A | |
| 312. | | | | | partial sale | 11/1 | J | A | |
| 313. | | | | | buy | 5/23 | J | | |
| 314. | | | | | buy | 6/22 | J | | |
| 315. | | | | | buy | 6/27 | J | | |
| 316. | | | | | buy | 10/30 | J | | |
| 317. Lincoln NTL Corp IND NPV | A | Dividend | | | partial sale | 3/30 | J | A | |
| 318. | | | | | sold | 4/7 | J | A | |
| 319. Lockheed Martin Corp | A | Dividend | J | T | buy | 12/18 | J | | |
| 320. | | | | | buy | 12/19 | J | | |
| 321. | | | | | partial sale | 8/17 | J | A | |
| 322. | | | | | buy | 11/1 | J | | |
| 323. Marsh & McLennan Cos | | None | | | partial sale | 3/23 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | sold | 3/24 | J | | |
| 325. Masco Corp | A | Dividend | J | T | | | | | |
| 326. McDonalds corp | A | Dividend | J | T | | | | | |
| 327. McGraw Hill Companies | A | Dividend | J | T | buy | 5/23 | J | | |
| 328. Metlife Inc | A | Dividend | J | T | buy | 3/2 | J | | |
| 329. | | | | | buy | 8/23 | J | | |
| 330. | | | | | buy | 10/11 | J | | |
| 331. | | | | | buy | 5/23 | J | | |
| 332. Merck & Co Inc | A | Dividend | J | T | buy | 3/2 | J | | |
| 333. Microsoft Corp | A | Dividend | J | T | buy | 7/25 | J | | |
| 334. | | | | | buy | 7/26 | J | | |
| 335. | | | | | buy | 7/27 | J | | |
| 336. | | | | | buy | 7/28 | J | | |
| 337. | | | | | partial sale | 9/20 | J | A | |
| 338. | | | | | partial sale | 9/22 | J | A | |
| 339. | | | | | partial sale | 9/25 | J | A | |
| 340. | | | | | partial sale | 9/26 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | partial sale | 9/27 | J | A | |
| 342. | | | | | buy | 11/28 | J | | |
| 343. Mitsubishi UFJ Financial Group | A | Dividend | J | T | | | | | |
| 344. Morgan Stanley | A | Dividend | J | T | buy | 5/23 | J | | |
| 345. | | | | | buy | 6/22 | J | | |
| 346. | | | | | partial sale | 8/4 | J | A | |
| 347. | | | | | buy | 5/23 | J | | |
| 348. Nestle S A Rep RG ADR | A | Dividend | J | T | partial sale | 1/23 | J | A | |
| 349. News Corp CL A | | None | J | T | buy | 7/18 | J | | |
| 350. | | | | | buy | 7/19 | J | | |
| 351. | | | | | buy | 7/21 | J | | |
| 352. | | | | | buy | 7/24 | J | | |
| 353. | | | | | buy | 7/25 | J | | |
| 354. | | | | | buy | 7/26 | J | | |
| 355. | | | | | buy | 7/27 | J | | |
| 356. | | | | | buy | 7/28 | J | | |
| 357. | | | | | buy | 8/1 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | buy | 12/11 | J | | |
| 359. | | | | | partial sale | 8/3 | J | A | |
| 360. | | | | | partial sale | 8/4 | J | A | |
| 361. | | | | | partial sale | 8/7 | J | A | |
| 362. | | | | | partial sale | 8/8/ | J | A | |
| 363. | | | | | partial sale | 8/9 | J | A | |
| 364. | | | | | partial sale | 8/10 | J | A | |
| 365. | | | | | partial sale | 8/11 | J | A | |
| 366. | | | | | partial sale | 8/14 | J | A | |
| 367. | | | | | partial sale | 8/15 | J | A | |
| 368. | | | | | partial sale | 8/16 | J | A | |
| 369. | | | | | partial sale | 8/17 | J | A | |
| 370. Nokia Corp | A | Dividend | J | T | partial sale | 1/22 | J | A | |
| 371. Northrop Grumman Corp | A | Dividend | J | T | | | | | |
| 372. Novartis ADR | A | Dividend | J | T | buy | 2/2 | J | | |
| 373. Oracle Corp | | None | J | T | partial sale | 7/21 | J | A | |
| 374. | | | | | partial sale | 8/3 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Oracle Corp $.01 DEL | | None | J | T | partial sale | 1/25 | J | A | |
| 376. | | | | | buy | 9/6 | J | | |
| 377. | | | | | buy | 9/14 | J | | |
| 378. | | | | | buy | 9/19 | J | | |
| 379. | | | | | buy | 9/22 | J | | |
| 380. Pepsico Inc | A | Dividend | J | T | | | | | |
| 381. Pfizer Inc Del PV .05 | A | Dividend | J | T | | | | | |
| 382. Polaris Industries | A | Dividend | | | sold | 5/23 | J | A | |
| 383. PPG Industries | A | Dividend | J | T | | | | | |
| 384. Proctor Gamble | A | Dividend | J | T | buy | 11/22 | J | | |
| 385. | | | | | buy | 11/24 | J | | |
| 386. | | | | | buy | 11/27 | J | | |
| 387. | | | | | buy | 11/28 | J | | |
| 388. | | | | | buy | 11/29 | J | | |
| 389. | | | | | buy | 12/1 | J | | |
| 390. | | | | | buy | 12/4 | J | | |
| 391. | | | | | buy | 12/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | buy | 12/7 | J | | |
| 393.  Questar Corp | A | Dividend | | | sold | 5/23 | J | C | |
| 394.  Realty Income Corp Maryland REIT | A | Dividend | | | sold | 5/22 | J | A | |
| 395.  Reinsurance Group of America | A | Dividend | J | T | partial sale | 5/23 | J | C | |
| 396.  Reynolds & Reynolds | A | Dividend | | | partial sale | 1/23 | J | A | |
| 397. | | | | | sold | 3/3 | J | A | |
| 398.  Royal Dutch Pete | A | Dividend | J | T | | | | | |
| 399.  RPM International Inc | A | Dividend | | | sold | 5/23 | J | B | |
| 400.  Siemens AG | A | Dividend | | | partial sale | 6/15 | J | A | |
| 401. | | | | | sold | 7/12 | J | A | |
| 402.  Societe General Spn ADR | A | Dividend | J | T | | | | | |
| 403.  Stewart, WP & Co | A | Dividend | | | sold | 5/23 | J | A | |
| 404.  Suntrust Banks Inc | A | Dividend | J | T | buy | 5/23 | J | | |
| 405.  Swiss Reins Sponsored ADR | A | Dividend | J | T | partial sale | 11/15 | J | A | |
| 406.  Syngenta AG ADR | A | Dividend | J | T | partial sale | 12/14 | J | A | |
| 407.  Sterling Bancorp NY | A | Dividend | | | sold | 5/15 | J | | |
| 408.  Target Corp | A | Dividend | J | T | buy | 6/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | buy | 7/28 | J | | |
| 410. | | | | | buy | 8/4 | J | | |
| 411. | | | | | buy | 8/16 | J | | |
| 412. | | | | | buy | 9/19 | J | | |
| 413. | | | | | buy | 9/25 | J | | |
| 414. | | | | | buy | 9/27 | J | | |
| 415. | | | | | partial sale | 11/16 | J | A | |
| 416. | | | | | partial sale | 11/17 | J | A | |
| 417. | | | | | partial sale | 11/20 | J | A | |
| 418. | | | | | partial sale | 11/20 | J | A | |
| 419. Teleflex Inc | A | Dividend | | | sold | 5/23 | J | B | |
| 420. Tesco Plc Spnrd ADR | A | Dividend | J | T | | | | | |
| 421. Time Warner Inc | | None | | | buy | 7/13 | J | | |
| 422. | | | | | buy | 7/14 | J | | |
| 423. | | | | | buy | 8/3 | J | | |
| 424. | | | | | buy | 10/17 | J | | |
| 425. | | | | | buy | 10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | buy | 10/19 | J | | |
| 427. | | | | | partial sale | 7/17 | J | A | |
| 428. | | | | | partial sale | 8/7 | J | A | |
| 429. | | | | | partial sale | 11/13 | J | A | |
| 430. | | | | | sold | 11/6 | J | A | |
| 431. TNT N V ADR | A | Dividend | J | T | | | | | |
| 432. Total S.A. Sp ADR | A | Dividend | J | T | stock div | 5/26 | J | | |
| 433. TXU Corp | A | Dividend | J | T | partial sale | 5/4 | J | B | |
| 434. | | | | | buy | 3/30 | J | | |
| 435. | | | | | buy | 11/8 | J | | |
| 436. UBS AG New | A | Dividend | | | buy | 6/28 | J | | |
| 437. | | | | | exchange | 7/10 | J | | |
| 438. | | | | | exchange | 7/31 | J | | |
| 439. United Parcel Services | A | Dividend | J | T | | | | | |
| 440. Unilever PLC ADR | | None | | | sold | 3/28 | J | A | |
| 441. UnitedHealth Group Inc | | None | J | T | | | | | |
| 442. Valspar Corp | A | Dividend | | | sold | 5/23 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. Verizon Communications Com | A | Dividend | | | partial sale | 5/17 | J | | |
| 444. | | | | | partial sale | 6/1 | J | | |
| 445. | | | | | sold | 12/20 | J | | |
| 446. Viacom Inc Cl B | A | Dividend | | | exchange | 1/4 | J | | |
| 447. Vivendi Universal ADR | A | Dividend | | | sold | 5/5 | J | A | |
| 448. Vodafone Grp PLC Spn ADR | A | Dividend | | | exchange | 7/31 | J | | |
| 449. W W Grainger Incorp | A | Dividend | | | sold | 5/25 | J | A | |
| 450. Wal-Mart Stores Inc | A | Dividend | J | T | | | | | |
| 451. Walgreen Co | A | Dividend | J | T | | | | | |
| 452. Washington Fedl Inc | A | Dividend | | | sold | 5/23 | J | A | |
| 453. Wells Fargo & Co | | None | | | sold | 1/12 | J | A | |
| 454. Wiley, John & Sons | A | Dividend | | | sold | 5/23 | J | B | |
| 455. Yahoo Inc | | None | J | T | buy | 4/5 | J | | |
| 456. | | | | | buy | 9/20 | J | | |
| 457. Zurich Finl Svcs Spn ADR | A | Dividend | J | T | | | | | |
| 458. Adesca Inc | | None | J | T | | | | | |
| 459. Accenture Ltd | A | Dividend | J | T | buy | 5/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460. | | | | | partial sale | 1/25 | J | A | |
| 461. | | | | | partial sale | 9/8 | J | A | |
| 462. | | | | | partial sale | 9/27 | J | A | |
| 463. Burlington N Santa Fe | A | Dividend | J | T | buy | 12/7 | J | | |
| 464. | | | | | buy | 12/18 | J | | |
| 465. | | | | | buy | 5/24 | J | | |
| 466. | | | | | partial sale | 4/7 | J | A | |
| 467. | | | | | buy | 10/4 | J | | |
| 468. | | | | | buy | 10/10 | J | | |
| 469. | | | | | partial sale | 9/28 | J | A | |
| 470. | | | | | partial sale | 10/12 | J | A | |
| 471. | | | | | buy | 5/23 | J | | |
| 472. | | | | | partial sale | 6/20 | J | A | |
| 473. | | | | | partial sale | 6/21 | J | A | |
| 474. | | | | | partial sale | 6/23 | J | A | |
| 475. Devon Energy Corp | A | Dividend | J | T | buy | 10/18 | J | | |
| 476. Deere Co | A | Dividend | J | T | buy | 7/24 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | buy | 7/26 | J | | |
| 478. | | | | | buy | 8/7 | J | | |
| 479. | | | | | buy | 8/14 | J | | |
| 480. | | | | | partial sale | 11/22 | J | A | |
| 481. | | | | | partial sale | 11/24 | J | A | |
| 482. | | | | | partial sale | 11/30 | J | A | |
| 483. | | | | | buy | 7/21 | J | | |
| 484. | | | | | buy | 6/21 | J | | |
| 485. | | | | | buy | 7/19 | J | | |
| 486. | | | | | partial sale | 5/4 | J | A | |
| 487. | | | | | partial sale | 9/6 | J | A | |
| 488. | | | | | partial sale | 10/5 | J | A | |
| 489. Dominion Res Inc | A | Dividend | J | T | buy | 1/4 | J | | |
| 490. | | | | | partial sale | 8/3 | J | A | |
| 491. | | | | | partial sale | 10/18 | J | A | |
| 492. Du Pont E I De Nemours | | None | | | buy | 5/23 | J | | |
| 493. | | | | | buy | 9/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | buy | 9/25 | J | | |
| 495. | | | | | buy | 9/26 | J | | |
| 496. | | | | | buy | 10/30 | J | | |
| 497. | | | | | buy | 10/31 | J | | |
| 498. | | | | | buy | 11/1 | J | | |
| 499. | | | | | partial sale | 10/27 | J | A | |
| 500. | | | | | partial sale | 10/30 | J | A | |
| 501. | | | | | partial sale | 10/31 | J | A | |
| 502. | | | | | partial sale | 5/23 | J | A | |
| 503. | | | | | sold | 11/1 | J | A | |
| 504. GAP Inc | A | Dividend | | | sold | 3/16 | J | | |
| 505. Hewlett Packard Co | | None | J | T | buy | 9/27 | J | | |
| 506. International Flavors & Fragrance | A | Dividend | | | sold | 5/23 | J | | |
| 507. ML Bank USA Rasp Money Market | A | Dividend | L | T | buy | var | J | | |
| 508. Nomura Holdings Inc | A | Dividend | J | T | | | | | |
| 509. Occidental Petroleum Corp | A | Dividend | J | T | stock div | 8/21 | J | | |
| 510. PNC Financial Services Group | A | Dividend | J | T | partial sale | 9/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =S1,000 or less | B =S1,001 - S2,500 | C =S2,501 - S5,000 | D =S5,001 - S15,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| | F =S50,001 - S100,000 | G =S100,001 - S1,000,000 | H1 =S1,000,001 - S5,000,000 | H2 =More than S5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =S15,000 or less | K =S15,001 - S50,000 | L =S50,001 - S100,000 | M =S100,001 - S250,000 | |
| | N =S250,001 - S500,000 | O =S500,001 - S1,000,000 | P1 =S1,000,001 - S5,000,000 | P2 =S5,000,001 - S25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =S25,000,001 - S50,000,000 | R =Cost (Real Estate Only) | P4 =More than S50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Sara Lee Corp Com | | None | J | T | buy | 12/11 | J | | |
| 512. | | | | | partial sale | 12/21 | J | | |
| 513. Schering AG | A | Dividend | | | partial sale | 3/27 | J | A | |
| 514. | | | | | sold | 4/18 | J | A | |
| 515. Sprint Corp | A | Dividend | J | T | buy | 11/30 | J | | |
| 516. | | | | | partial sale | 11/1 | J | A | |
| 517. | | | | | partial sale | 11/15 | J | A | |
| 518. Sysco Corporation | A | Dividend | J | T | buy | 9/22 | J | | |
| 519. | | | | | buy | 10/3 | J | | |
| 520. | | | | | partial sale | 10/23 | J | A | |
| 521. | | | | | partial sale | 10/25 | J | A | |
| 522. | | | | | partial sale | 10/27 | J | A | |
| 523. United Techs Corp | A | Dividend | J | T | buy | 5/16 | J | | |
| 524. | | | | | buy | 5/4 | J | | |
| 525. Wyeth | A | Dividend | J | T | buy | 11/28 | J | | |
| 526. | | | | | buy | 12/8 | J | | |
| 527. @ Whole Foods Mkt Inc Com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Praxair Inc | A | Dividend | J | T | buy | 3/24 | J | | |
| 529. | | | | | buy | 5/16 | J | | |
| 530. Royal Bank - bank accounts | A | Interest | J | T | | | | | |
| 531. Adidas AG Sponsored ADR | | None | J | T | buy | 11/9 | J | | |
| 532. Air Products & Chem | A | Dividend | J | T | buy | 9/13 | J | | |
| 533. | | | | | buy | 9/20 | J | | |
| 534. | | | | | partial sale | 9/25 | J | A | |
| 535. | | | | | partial sale | 9/26 | J | A | |
| 536. | | | | | partial sale | 10/3 | J | A | |
| 537. Alberto Culver Company | A | Dividend | | | sold | 5/23 | J | B | |
| 538. Alcoa, Inc | A | Dividend | | | buy | 10/13 | J | | |
| 539. | | | | | partial sale | 11/24 | J | A | |
| 540. | | | | | sold | 11/27 | J | A | |
| 541. Allegheny Energey Inc Com | | None | J | T | buy | 7/25 | J | | |
| 542. | | | | | buy | 7/28 | J | | |
| 543. | | | | | buy | 8/14 | J | | |
| 544. | | | | | buy | 10/31 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | buy | 11/2 | J | | |
| 546. | | | | | partial sale | 10/2 | J | | |
| 547. | | | | | partial sale | 10/5 | J | | |
| 548. | | | | | partial sale | 10/10 | J | | |
| 549. | | | | | partial sale | 10/12 | J | | |
| 550. Allied Capital Corp | A | Distribution | | | sold | 5/23 | J | B | |
| 551. Allstate Corp Del | A | Dividend | J | T | buy | var | J | | |
| 552. | | | | | partial sale | 11/29 | J | A | |
| 553. Altera Corp | | None | | | buy | 5/23 | J | | |
| 554. | | | | | sold | var | J | | |
| 555. Ambac Fincl Group NY | A | Dividend | J | T | buy | 5/23 | J | | |
| 556. American Intl Group Inc | A | Dividend | J | T | buy | var | J | | |
| 557. | | | | | partial sale | 9/12 | J | A | |
| 558. American Finl Grp Holdings | A | Dividend | J | T | buy | 5/23 | J | | |
| 559. American International Group | A | Dividend | J | T | | | | | |
| 560. American Std Co Inc. Del | A | Dividend | J | T | buy | 5/23 | J | | |
| 561. | | | | | sold | var | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Americredit Corp Com | | None | J | T | buy | 10/12 | J | | |
| 563. Amgen Inc Co Pv $.0001 | | None | | | buy | 5/23 | J | | |
| 564. | | | | | sold | var | J | | |
| 565. AMN Elec Power Co | | None | | | buy | 5/23 | J | | |
| 566. | | | | | sold | var | J | A | |
| 567. Anadarko Pete Corp | A | Dividend | J | T | buy | 5/23 | J | | |
| 568. | | | | | partial sale | var | J | | |
| 569. Analog Devices Inc Com | | None | | | buy | var | J | | |
| 570. | | | | | sold | var | J | | |
| 571. Apache Corp | A | Dividend | | | buy | var | J | | |
| 572. | | | | | sold | var | J | | |
| 573. Apple Computer | | None | J | T | buy | var | J | | |
| 574. | | | | | partial sale | var | J | | |
| 575. Applied Material Inc | A | Dividend | J | T | buy | var | J | | |
| 576. Arrow Intl Inc | A | Dividend | | | sold | 5/23 | J | A | |
| 577. Assurant Inc | A | Dividend | J | T | buy | 5/23 | J | | |
| 578. Baker Hughes, Inc | A | Dividend | | | buy | var | J | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | sold | var | J | | |
| 580. Bank of NY Co Inc | A | Dividend | J | T | buy | var | J | | |
| 581. Bear Stearns Cos, Inc. | A | Dividend | J | T | buy | 5/23 | J | | |
| 582. Bed Bath & Beyond Inc | | None | J | T | buy | var | J | | |
| 583. Best Buy Co. Inc | | None | J | T | buy | var | J | | |
| 584. | | | | | partial sale | var | J | | |
| 585. BJ Services Co | A | Dividend | | | buy | 5/23 | J | | |
| 586. | | | | | sold | var | J | | |
| 587. Boeing Company | A | Dividend | | | buy | var | J | | |
| 588. | | | | | sold | var | J | A | |
| 589. Bristol-Myers Squibb Co | A | Dividend | J | T | buy | 3/28 | J | | |
| 590. CA Inc | | None | | | buy | 10/31 | J | | |
| 591. | | | | | sold | var | J | | |
| 592. Cameron Intl Corp | | None | | | buy | var | J | | |
| 593. Capital One Finl | A | None | J | T | buy | 3/24 | J | | |
| 594. Cardinal Corp Paired Shs | A | Dividend | | | buy | var | J | | |
| 595. | | | | | sold | var | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | ● =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596.  Cardinal Health Inc Ohio | A | Dividend | J | T | buy | var | J | | |
| 597.  Caremark Rx, Inc | A | Dividend | J | T | buy | var | J | | |
| 598. | | | | | partial sale | var | J | A | |
| 599.  CBOT Holdings Inc | | None | | | buy | var | J | | |
| 600. | | | | | sold | var | J | A | |
| 601.  CBS Corp New | A | Dividend | | | exchange | 1/4 | J | | |
| 602. | | | | | sold | 6/7 | J | | |
| 603.  Celgene Corp Com | | None | J | T | buy | 5/23 | J | | |
| 604. | | | | | partial sale | var | J | A | |
| 605.  Centex Corp | A | Dividend | J | T | buy | 5/23 | J | | |
| 606.  Chicago Mercantile Exch | A | Dividend | J | T | buy | 5/23 | J | | |
| 607.  Chubb Corp | A | Dividend | J | T | buy | var | J | | |
| 608.  Clear Channel communications | A | Dividend | | | buy | var | J | | |
| 609. | | | | | sold | var | J | A | |
| 610.  Clorox Co Del Com | | None | | | buy | 9/22 | J | | |
| 611. | | | | | sold | 9/25 | J | | |
| 612.  Coach Inc | | None | J | T | buy | 5/23 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. Cognizant Tech Solutions A | | None | J | T | buy | 5/23 | J | | |
| 614. Comerica Inc. Com | A | Dividend | J | T | buy | var | J | | |
| 615. Computer Science Crp | | None | J | T | buy | var | J | | |
| 616. | | | | | partial sale | var | J | A | |
| 617. Consol Energy Inc Com | | None | | | buy | 6/26 | J | | |
| 618. | | | | | sold | 8/1 | J | | |
| 619. CRP PLC | | None | J | T | buy | var | J | | |
| 620. CSX Corp | | None | | | buy | 5/23 | J | | |
| 621. | | | | | sold | 8/16 | J | | |
| 622. Danaher Corp Del Com | | None | J | T | buy | 5/23 | J | | |
| 623. Davita Inc | | None | J | T | buy | 9/22 | J | | |
| 624. Dell Inc | | None | J | T | buy | var | J | | |
| 625. | | | | | partial sale | var | J | | |
| 626. Devon Energy Corp New | A | Dividend | J | T | buy | var | J | | |
| 627. Diamond Offshore Drling | A | Dividend | | | buy | var | J | | |
| 628. | | | | | sold | var | J | | |
| 629. Dow Chemical Co | A | Dividend | J | T | buy | var | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630.  Edison Intl Calif | A | Dividend | J | T | buy | 9/19 | J | | |
| 631.  Embarq Corp | A | Dividend | J | T | buy | var | J | | |
| 632. | | | | | stock div | 5/23 | J | | |
| 633.  EMC Corporation Mass | | None | | | buy | var | J | | |
| 634. | | | | | sold | 11/28 | J | A | |
| 635.  Entergy Corp New | | None | | | buy | var | J | | |
| 636. | | | | | sold | var | J | A | |
| 637.  Ericsson LM Tel CL B ADR | A | Dividend | J | T | buy | 3/23 | J | | |
| 638.  Express Scripts Inc Com | | None | J | T | buy | 5/23 | J | | |
| 639. | | | | | partial sale | var | J | A | |
| 640.  Fedrtd Dpt Stors Del New | A | Dividend | J | T | buy | var | J | | |
| 641.  Fifth Third Bancorp | A | Dividend | J | T | buy | var | J | | |
| 642. | | | | | partial sale | 8/14 | J | A | |
| 643.  First Marblehead Corp | | None | | | buy | 9/22 | J | | |
| 644. | | | | | sold | var | J | A | |
| 645.  Fluor Corp New Del Com | A | Dividend | J | T | buy | 5/1 | J | | |
| 646.  FMC Techs Inc Com | | None | J | T | buy | 8/1 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =S1,000 or less F =S50,001 - S100,000 | B =S1,001 - S2,500 G =S100,001 - S1,000,000 | C =S2,501 - S5,000 H1 =S1,000,001 - S5,000,000 | D =S5,001 - S15,000 H2 =More than S5,000,000 | E =S15,001 - S50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =S15,000 or less N =S250,001 - S500,000 | K =S15,001 - S50,000 ● =S500,001 - S1,000,000 | L =S50,001 - S100,000 P1 =S1,000,001 - S5,000,000 | M =S100,001 - S250,000 P2 =S5,000,001 - S25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =S25,000,001 - S50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than S50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. Forest Labs Inc | | None | | | buy | var | J | | |
| 648. | | | | | sold | var | J | A | |
| 649. FPL Group Inc | A | None | J | T | buy | var | J | | |
| 650. Gallaher CRP PLC SPD ADR | A | Dividend | J | T | buy | 5/18 | J | | |
| 651. | | | | | partial sale | 12/13 | J | A | |
| 652. Gap Inc Delaware | A | Dividend | | | buy | var | J | | |
| 653. | | | | | sold | var | J | A | |
| 654. Genentech Inc New | | None | J | T | buy | 5/23 | J | | |
| 655. General Mills | A | Dividend | | | buy | 5/23 | J | | |
| 656. | | | | | sold | var | J | A | |
| 657. Genl Dynamics Corp | A | Dividend | | | buy | 9/22 | J | | |
| 658. | | | | | sold | 11/7 | J | A | |
| 659. Genworth Finl Inc Com | A | Dividend | J | T | buy | var | J | | |
| 660. Gilead Sciences Inc Com | | None | J | T | buy | var | J | | |
| 661. | | | | | partial sale | var | J | A | |
| 662. Heinz H J Co PV 25 CT | | None | | | buy | var | J | | |
| 663. | | | | | sold | var | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. Hershey Company | A | Dividend | | | buy | 5/23 | J | | |
| 665. | | | | | sold | var | J | | |
| 666. Hess Corp | A | Dividend | J | T | stock div | 6/6 | J | | |
| 667. | | | | | exchange | 5/10 | J | | |
| 668. | | | | | buy | var | J | | |
| 669. Hilton Hotel Corp | A | Dividend | J | T | buy | var | J | | |
| 670. Intl Game Technology | A | Dividend | J | T | buy | 5/23 | J | | |
| 671. Intuit Inc Com | | None | J | T | buy | var | J | | |
| 672. Jabil Circuit Inc | | None | | | buy | 5/23 | J | | |
| 673. | | | | | sold | var | J | | |
| 674. Jack Henry & Assoc Inc | | None | | | buy | 5/15 | J | | |
| 675. | | | | | sold | 5/23 | J | | |
| 676. Joy Global Inc Del Com | A | Dividend | | | buy | 5/23 | J | | |
| 677. | | | | | sold | var | J | | |
| 678. KB Home | A | Dividend | J | T | buy | 5/23 | J | | |
| 679. Kellogg Company PV 25 CT | A | Dividend | J | T | buy | var | J | | |
| 680. Keycorp New Com | | None | J | T | buy | var | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | partial sale | var | J | A | |
| 682. Kraft Foods Inc Va CL A | A | Dividend | | | buy | 5/23 | J | | |
| 683. | | | | | sold | 7/26 | J | A | |
| 684. Laboratory CP Amer Hldgs | | None | J | T | buy | 5/23 | J | | |
| 685. Las Vegas Sands Corp | | None | | | buy | 5/23 | J | | |
| 686. | | | | | sold | var | J | A | |
| 687. Linear Technology Corp | A | Dividend | | | buy | 5/23 | J | | |
| 688. | | | | | sold | var | J | | |
| 689. Lloyds TSB Group SPD ADR | A | Dividend | J | T | buy | 6/7 | J | | |
| 690. Loews Corp | A | Dividend | J | T | buy | 5/23 | J | | |
| 691. Lowe's Companies Inc | | None | | | buy | 11/7 | J | | |
| 692. | | | | | sold | var | J | A | |
| 693. M&T Bank Corp | A | Dividend | | | buy | 5/23 | J | | |
| 694. | | | | | sold | var | J | A | |
| 695. Marathon Oil Corp | A | Dividend | J | T | buy | var | J | | |
| 696. | | | | | partial sale | var | J | A | |
| 697. Marriott Intl Inc New A | | None | | | buy | 5/23 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| 3. Value Method Codes | Q =Appraisal | V =Other | S =Assessment | | |
| (See Column C2) | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | sold | 5/24 | J | | |
| 699. Martin Marietta Matls | A | Dividend | | | buy | 5/23 | J | | |
| 700. | | | | | sold | var | J | | |
| 701. Marvell Technology Group | | None | | | buy | 5/23 | J | | |
| 702. | | | | | sold | var | J | | |
| 703. Matthews Intl Inc CL A | | None | | | buy | 5/17 | J | | |
| 704. | | | | | sold | 5/23 | J | | |
| 705. Maxim Integrated Prods | | None | | | buy | 5/23 | J | | |
| 706. | | | | | sold | var | J | | |
| 707. MBIA Inc | A | Dividend | J | T | buy | var | J | | |
| 708. Medco Health Solutions | | None | J | T | BUY | 12/22 | J | | |
| 709. Medtronic Inc. Com | | None | J | T | buy | var | J | | |
| 710. | | | | | partial sale | var | J | | |
| 711. Mellon Financial Corp | A | Dividend | J | T | buy | var | J | | |
| 712. | | | | | partial sale | var | J | | |
| 713. MGIC Invt Corp Wis | A | Dividend | J | T | buy | 5/23 | J | | |
| 714. Microchip Technology Inc | A | Dividend | | | buy | 2/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | sold | 5/23 | J | | |
| 716. Mitsui Sumitomo Inc ADR | A | Dividend | J | T | buy | 3/22 | J | | |
| 717. ML Bank Deposit | | None | J | T | buy | var | J | | |
| 718. Moody's Corp | A | Dividend | J | T | buy | var | J | | |
| 719. National-Oilwell Varco Inc | | None | J | T | buy | var | J | | |
| 720. | | | | | partial sale | 9/19 | J | | |
| 721. Nat'l City Corp | A | Dividend | J | T | buy | 5/23 | J | | |
| 722. Network Appliance Inc CA | | None | J | T | buy | var | J | | |
| 723. News Corp LTD | A | Dividend | J | T | | | | | |
| 724. Nike Inc CL B | A | Dividend | J | T | buy | var | J | | |
| 725. Nissan Mtr Ltd Spn ADR | A | Dividend | J | T | buy | 2/21 | J | | |
| 726. | | | | | buy | 4/20 | J | | |
| 727. Norfolk Southern Corp | A | Dividend | J | T | buy | var | J | | |
| 728. North Fork BK ISA | C | Dividend | K | T | buy | 1/19 | K | | |
| 729. Occidental Pete Corp Cal | | None | | | buy | var | J | | |
| 730. | | | | | sold | var | J | A | |
| 731. Omnicon Group Com | A | Dividend | J | T | buy | 5/23 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 732. Owen & Minor Inc New Com | A | Dividend | | | buy | var | J | | |
| 733. | | | | | sold | 5/23 | J | | |
| 734. Peabody Energy Corp Com | | None | | | buy | 5/23 | J | | |
| 735. | | | | | sold | var | J | | |
| 736. PG&E Corp | A | Dividend | J | T | buy | 5/23 | J | | |
| 737. Phelps Dodgev6 25 | | None | | | buy | var | | | |
| 738. | | | | | sold | var | J | A | |
| 739. PMI Group Inc | A | Dividend | J | T | buy | 5/23 | J | | |
| 740. Principal Financial Group | | None | | | buy | var | J | | |
| 741. | | | | | sold | var | J | | |
| 742. Prudential Financial Inc | | None | | | buy | 5/23 | J | | |
| 743. | | | | | sold | var | J | | |
| 744. Pulte Homes Inc Com | | None | J | T | buy | var | J | | |
| 745. Qualcomm Inc | A | Dividend | J | T | buy | var | J | | |
| 746. | | | | | partial sale | var | J | | |
| 747. Quest Diagnostics Inc | | None | | | buy | 9/22 | J | | |
| 748. | | | | | sold | var | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. Radian Group Inc | A | Dividend | J | T | buy | 5/23 | J | | |
| 750. Raytheon Co Delaware New | A | Dividend | J | T | buy | var | J | | |
| 751. Roberthalf Intl Inc Com | A | Dividend | J | T | buy | 5/23 | J | | |
| 752. | | | | | buy | 10/26 | J | | |
| 753. | | | | | partial sale | var | J | | |
| 754. Rockwell Automation Inc | A | Dividend | | | buy | var | J | | |
| 755. | | | | | sold | var | J | | |
| 756. Rockwell Collins Inc | A | Dividend | J | T | buy | 9/26 | J | | |
| 757. Safeco Corp | A | Dividend | J | T | buy | 5/23 | J | | |
| 758. Sanofi Aventis Spon ADR | A | Dividend | J | T | buy | var | J | | |
| 759. Schering Plough Corp | A | Dividend | J | T | buy | var | J | | |
| 760. | | | | | partial sale | var | J | A | |
| 761. Schlumberger Ltd | A | Dividend | J | T | buy | var | J | | |
| 762. Sears Holdings Corp | | None | J | T | buy | var | J | | |
| 763. | | | | | partial sale | var | J | A | |
| 764. Sempra Energy | | None | | | buy | 9/27 | J | | |
| 765. | | | | | sold | var | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. Sepracor Inc Com | | None | J | T | buy | 6/15 | J | | |
| 767. Sherwin Williams | A | Dividend | J | T | buy | 10/4 | J | | |
| 768. | | | | | partial sale | 12/12 | J | A | |
| 769. Singapore Telecomm Lt Ad | | None | J | T | buy | var | J | | |
| 770. SLM Corp | A | Dividend | | | buy | 5/23 | J | | |
| 771. | | | | | sold | var | J | A | |
| 772. Smith Intl Inc Del | A | Dividend | | | buy | 5/23 | J | | |
| 773. | | | | | sold | var | J | A | |
| 774. St Jude Medical Inc | | None | J | T | buy | 12/22 | J | | |
| 775. St. Paul Travelers Cos | A | Dividend | K | T | buy | var | J | | |
| 776. Staples | | None | | | buy | 5/23 | J | | |
| 777. | | | | | sold | var | J | | |
| 778. Starbucks Corp | | None | J | T | buy | 5/23 | J | | |
| 779. | | | | | partial sale | var | J | | |
| 780. Suez ADR | | None | J | T | buy | var | J | | |
| 781. Sumitomo Mitsu Finl ADR | A | Dividend | J | T | buy | 1/23 | J | | |
| 782. Symantec Corp Com | | None | J | T | buy | var | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. Temple Inland Inc Com | A | Dividend | J | T | buy | var | J | | |
| 784. Tesoro Corp | A | Dividend | J | T | buy | 8/7 | J | | |
| 785. Texas Instruments | A | Dividend | J | T | buy | var | J | | |
| 786. | | | | | partial sale | var | J | A | |
| 787. Toll Bros Inc Com | | None | | | buy | 12/4 | J | | |
| 788. | | | | | sold | var | J | | |
| 789. Total S.A. | A | Dividend | J | T | | | | | |
| 790. Transocean, Inc | | None | J | T | buy | var | J | | |
| 791. UBS AG | | None | J | T | buy | 7/20 | J | | |
| 792. | | | | | exchange | 7/10 | J | | |
| 793. | | | | | exchange | 7/31 | J | | |
| 794. Union Pacific Corp | A | Dividend | | | buy | 5/23 | J | | |
| 795. | | | | | sold | var | J | | |
| 796. Unionbancal Corp Com | | None | J | T | buy | 11/3 | J | | |
| 797. United Sts Stl Corp New | A | Dividend | J | T | buy | var | J | | |
| 798. | | | | | sold | var | J | A | |
| 799. United Techs Corp Com | A | Dividend | J | T | buy | var | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. Valero Energy Corp New | | None | J | T | buy | var | J | | |
| 801. Viacom Inc New Cl B | | None | J | T | exchange | 1/4 | J | | |
| 802. | | | | | partial sale | var | J | | |
| 803. Vodafone Grp PLC New | | None | J | T | exchange | 7/31 | J | | |
| 804. Vulcan Energy Corp New | | None | J | T | buy | 12/15 | J | | |
| 805. W R Berkley Corp | A | Dividend | J | T | buy | 5/23 | J | | |
| 806. Wachovia Corp New | | None | | | buy | var | J | | |
| 807. | | | | | sold | 11/22 | J | | |
| 808. Waste Management Inc New | A | Dividend | | | buy | 5/23 | J | | |
| 809. | | | | | sold | var | J | | |
| 810. Wellpoint Inc | | None | J | T | buy | var | J | | |
| 811. Western Un Co | | None | | | buy | var | J | | |
| 812. | | | | | sold | var | J | A | |
| 813. Xilinx Inc | A | Dividend | | | buy | 11/9 | J | | |
| 814. | | | | | sold | var | J | | |
| 815. Yum Brands Inc | A | Dividend | J | T | buy | var | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 07/13/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date  7/31/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544